IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JEREMY CANTRELL CONN, | ) | |
| | ) | |
| Petitioner, | ) | 4:04cv3207 |
| | ) | |
| vs. | ) | JUDGMENT |
| | ) | |
| CASS COUNTY, NEBRASKA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

In accordance with the Memorandum and Order filed on this date,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that this action and the Petition for Writ of Habeas Corpus filed by Jeremy Cantrell Conn are denied and dismissed with prejudice.

DATED this 19th day of April, 2005.

BY THE COURT:

s/ RICHARD G. KOPF
United States District Judge